# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

SHAWANA CAMPBELL,
individually and on behalf of
all others similarly situated,

       Plaintiffs,                              CASE NO. 20-cv-285

  v.

CARE MATTERS, LLC,

    and

JE'TUNNE TILLIS,

       Defendant.

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Shawana Campbell, Plaintiff, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

States the full name of every party or amicus the attorney represents in the action.

  Shawana Campbell.

Identifies any parent corporation and any publicly held corporation owning 10% or more of its stock.

Plaintiff is not a corporation.

State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

Hawks Quindel, S.C.
Larry A. Johnson
Summer H. Murshid
Timothy P. Maynard
P.O. Box 442
Milwaukee, WI 53201-0442

Dated this 20th day of February, 2020.

>Respectfully submitted,
>
>**HAWKS QUINDEL S.C.**
>Attorneys for Plaintiffs
>
>
>By: *s/ Larry A. Johnson*
>Larry A. Johnson, SBN 1056619
>Summer H. Murshid, SBN 1075404
>Timothy P. Maynard, SBN 1080953
>Hawks Quindel, S.C.
>222 East Erie Street, Suite 210
>PO Box 442
>Milwaukee, WI 53201-0442
>Telephone: 414-271-8650
>Fax: 414-271-8442
>Email:     ljohnson@hq-law.com
>           smurshid@hq-law.com
>           tmaynard@hq-law.com